FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 25 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TIMOTHY HOWARD, BRUNEL JEAN PIERRE,
and BRANDEN BROOKS, on behalf of themselves
and all other similarly situated,

         ORDER
         18-CV4549 (ILG)

         Plaintiffs,

    -against-

HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT,

         Defendant.
-----------------------------------------------------------------x
GLASSER, Senior United States District Judge:

    Pending before the court is a motion to approve the settlement of this action alleging violations of the Fair Labor Standards Act and the New York Labor Law as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    A *sua sponte* Report and Recommendation to approve the settlement was made by Magistrate Judge Reyes on March 7, 2019. The court has also reviewed the settlement, finds it to be a fair and reasonable resolution of the dispute and adds its own approval to the acceptance of the Magistrate Judge's Report and Recommendation.

    SO ORDERED.

Dated:    Brooklyn, New York
         March 22, 2019

                                         s/I. Leo Glasser, USDJ
                                         I. Leo Glasser
                                         Senior United States District Judge